CINCINNATI BAR ASSOCIATION *v.* SHABAZZ.

[Cite as *Cincinnati Bar Assn. v. Shabazz* (1993), 66 Ohio St.3d 4.]

(No. 92–1704—Submitted January 6, 1993—Decided February 24, 1993.)

_Franklin A. Klaine, Jr., Edwin W. Patterson III_ and _James L. O'Connell,_ for relator.

_John A. West,_ for respondent.

_Per Curiam._ We adopt the findings and recommendation of the board. Respondent is hereby suspended from the practice of law in Ohio for two years. After the first year of the suspension is completed, respondent shall be placed on monitored probation for the balance of the sanction. Costs taxed to respondent.

_Judgment accordingly._

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and PFEIFER, JJ., concur.

WRIGHT and F.E. SWEENEY, JJ., dissent and would impose an indefinite suspension on respondent.